Gary K. Salomons, Esq. SBN 126280
GABRIELSOLOMONS, LLP
16311 Ventura Blvd., Ste. 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142

Attorneys for Petitioners
MEDICLEAN, INC.

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICLEAN, INC., a Nevada Corporation; Plaintiff, <br><br> v. <br><br> CROTHALL LAUNDRY SERVICES, INC. a Delaware Corporation; and DOES 1-20, Inclusive; <br><br> Defendants. | Case No. 2:14-cv-02851-RGK-VBK <br><br> [PROPOSED ORDER] OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P.RULE 41(a)(1)(ii) |

The Court, having considered the parties' Joint Stipulation of Dismissal pursuant to *Fed.R.Civ.P* Rule 41(a)(1)(ii), and good cause appearing therefore, the Court hereby DISMISSES this action in its entirety as to the Complaint and Counter-Claim. The dismissal shall be with prejudice.

IT IS SO ORDERED.

Dated: NOV 2 0 2014

_____
HONRABLE R. GARY KLAUSNER
U.S. DISTRICT JUDGE

1